# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: <br>   Otalie R. Pritchett <br> Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: <br>   xxx−xx−5364 <br>                     DEBTOR(s) | CASE NO: 1−14−45244−cec <br><br> CHAPTER: 7 |

## NOTICE OF DISCOVERY OF ASSETS

### NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

It appeared from the schedules filed when the above case was initiated that there were no assets from which dividends could be paid to creditors as indicated on the notice of meeting of creditors.

It now appears that payment of a dividend may be possible. Creditors must now file claims in order to share in any distribution from the estate. Claims must be filed with the Clerk's Office at the location given below:

UNITED STATES BANKRUPTCY COURT
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

**Creditors who have previously filed a claim in this case need not file again. Claims must be filed on or before May 6, 2015.**

A Proof of Claim form "Official Form B10" can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any Bankruptcy Clerk's Office.

Proofs of claim may be filed over the Internet, on CD−ROM, on diskette or in paper form. To file a proof of claim over the internet, you must be an Electronic Case Filing account holder. If you are not a current account holder and wish to obtain a Limited Access Creditor Password to file claims, please complete the Limited Access Password Application and return it to the address on the bottom of the application form. The application can be accessed on the court's website at www.nyeb.uscourts.gov, by going to Information for Creditors and clicking on Limited Access Password Application.

Dated: February 5, 2015

For the Court, Robert A. Gavin, Jr., Clerk of Court

BLdas.jsp [Discovery of Assets rev. 05/03/12]